# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | JOHN HOWARD & COURTNEY LYNN NAHS | | |
| Case Number: | 2:08-bk-11577-RJH | Chapter: | 13 |
| Date / Time / Room: | MONDAY, SEPTEMBER 14, 2009 10:00 AM 6TH FLOOR #603 | | |
| Bankruptcy Judge: | RANDOLPH J. HAINES | | |
| Courtroom Clerk: | JANET SMITH | | |
| Reporter / ECR: | SHERI FLETCHER | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

R / M #:  20 / 0

## Appearances:

BLAKE D GUNN, ATTORNEY FOR JOHN HOWARD NAHS, COURTNEY LYNN NAHS
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald informed the debtors have agreed to stay relief effective 30 days from today.

Mr. Gunn agreed.

COURT: MR. MCDONALD IS DIRECTED TO UPLOAD AN ORDER WHICH GRANTS STAY RELIEF IN 30 DAYS.