# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | JOHN HOWARD & COURTNEY LYNN NAHS |
| **Case Number:** | 2:08-bk-11577-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 14, 2009 10:30 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY JP MORGAN CHASE BANK

**R / M #:** 28 / 0

## *Appearances:*

BLAKE D GUNN, ATTORNEY FOR JOHN HOWARD NAHS, COURTNEY LYNN NAHS
PATRICIA DOYLE-KOSSICK, ATTORNEY FOR MOVANT

## *Proceedings:*

Ms. Doyle-Kossick advised parties have agreed a payment of $387.00 will be made in 2 weeks and the debtors will resume their regular monthly payments as well and if that does not occur stay relief will be granted.

Mr. Gunn agreed.

COURT: IT IS ORDERED IF THE PAYMENT IS NOT MADE IN TWO WEEKS, JP MORGAN CHASE MAY UPLOAD AN ORDER LIFTING THE AUTOMATIC STAY.