IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: September 16, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11878/1127108444

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-11577-RJH |
| John Nahs and Courtney Nahs<br>　　　　Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　vs.<br>John Nahs and Courtney Nahs, Debtors; Russell A. Brown, Trustee.<br>　　　　Respondents. | O R D E R<br>(Related to Docket #20) |

This matter having come before the Court for a Preliminary Hearing on September 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Blake D. Gunn, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 7, 2006, and recorded 20060521718, in the

office of the Maricopa County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and John Nahs and Courtney Nahs have an interest in, further described as:

Lot 341, of STONEYBROOK THREE, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 317 of Maps, Page 26.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective, October 14, 2009** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT